AO 442 (Rev. 11/11) Arrest Warrant

8192855

# UNITED STATES DISTRICT COURT

for the

District of Columbia

U.S. MARSHAL-DC AM8:52
RECEIVED MAY 13 '22

United States of America
v.

MANUEL BROWN

_Defendant_

)
)
)
)
)
)

Case: 1:22-cr-00164
Assigned to: Judge Walton, Reggie B.
Assign Date: 5/12/2022
Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   MANUEL BROWN

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 400 GRAMS OR MORE OF A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF FENTANYL OR 100 GRAMS OR MORE OF A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF ANY ANALOGUE OF FENTANYL, AND 28 GRAMS OR MORE OF COCAINE BASE;
FORFEITURE: 21 U.S.C. §§ 853(a) and (p)

Date:   05/12/2022

_Issuing officer's signature_   Robin M. Meriweather

City and state:   WASHINGTON, DC

ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
_Printed name and title_

### Return

This warrant was received on _(date)_ 05/13/2022, and the person was arrested on _(date)_ 05/25/2022
at _(city and state)_ Washington, DC

Date:   05/26/2022

_Arresting officer's signature_

Justin Trotman, DUSM
_Printed name and title_